# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**  CHAPTER 13
Zef Nikprelaj  CASE NO. 21-44890-MAR
 JUDGE MARK A RANDON

Debtor                                        /

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AS TO E.D. MICH. LBR 3070-1, ONLY

**Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. LBR 3015-3(a) as follows:

1. Pursuant to E. D. Mich. LBR 3070-1, Trustee objects to the proposed direct payment to Unity Credit Union where the creditor has filed a proof of claim with arrears. Under E. D. Mich. LBR 4001-5(a)(1)(C), the Trustee is required to make all pre-confirmation payments to this creditor. The Trustee requires that debtor file an amended Chapter 13 plan to propose payments to this creditor be paid by the Chapter 13 Trustee and immediately begin making increased Chapter 13 payments to the Trustee to account for the payments to be made to the creditor.

2. This objection is not intended to be in lieu of, replace, or supplant the Trustee's objections to confirmation after completion of the § 341 First Meeting of Creditors.

**Wherefore**, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Dated: July 15, 2021

OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ KRISPEN S. CARROLL-mcs
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:  CHAPTER 13
Zef Nikprelaj  CASE NO. 21-44890-MAR
 JUDGE MARK A RANDON

Debtor_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AS TO E.D. MICH. LBR 3070-1, ONLY with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> OSIPOV BIGELMAN PC
> 20700 CIVIC CENTER DR
> STE 420
> SOUTHFIELD, MI 48076

July 15, 2021    /s/ Shannon Horton
 SHANNON HORTON
 For the Office of the Chapter 13 Trustee-Detroit
 719 Griswold Street, Ste 1100
 Detroit, MI 48226
 (313) 962-5035
 notice@det13ksc.com